1
2
3
4
5
6
7

```
                          FILED
                CLERK, U.S. DISTRICT COURT

                    OCT 1 9 2009

                CENTRAL DISTRICT OF CALIFORNIA
                EASTERN DIVISION      BY DEPUTY
```

8
9

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

10
11
12
13
14
15

UNITED STATES OF AMERICA,

Plaintiff,

v.

*Frank David Catania,*

Defendant.

Case No.: *ED 09-228-m*

ORDER OF DETENTION
(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a))

16
17
18
19
20
21
22
23
24
25
26
27
28

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ____Southern____ District of ____California____ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A. ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

*Extensive substance abuse history, extensive criminal history, several dates of birth and social security numbers, insufficient bail resources.*

1

1   and/ or

2   B. ☒   The defendant has not met his/her burden of establishing by clear and

3   convincing evidence that he/she is not likely to pose a danger to the

4   safety of any other person or the community if released under 18 U.S.C. §

5   3142(b) or (c).  This finding is based on the following:

6   _Same as above_____

7   _____

8   _____

9   _____

10

11   IT THEREFORE IS ORDERED that the defendant be detained pending the further

12   revocation proceedings.

13

14   Dated:   10/19/09

15   HONORABLE OSWALD PARADA
    United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28